FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

# UNITED STATES DISTRICT COURT

2007 MAR 12  PM 12: 22

# SOUTHERN DISTRICT OF GEORGIA

CLERK _____
SO. DIST. OF GA.

## SAVANNAH DIVISION

| | | |
|---|---|---|
| DONNY D. HAMPTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  CV406-246 |
| | ) | |
| ANN McNELLIS ELMORE, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

After a careful de novo review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

objections have been filed.  Accordingly, the Report and Recommendation

of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this *12th* day of _MARCH_____, 2007.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA